**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Gerardo Cruz, individually and on behalf of
other similarly situated employees, Plaintiff
v.
Sweet Baby Rays Barbecue Elk Grove Village
LLC and Michael P. O'Brien, individually,
Defendants

Case No. 1:17-cv-02158
Judge: Hon. Ronald A. Guzman

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gerardo Cruz requests the dismissal of

all claims with prejudice against all Defendants. Defendants have not served an answer or a motion

for summary judgment in this matter.

Respectfully submitted on Wednesday, May 24, 2017.

/s/ Valentin T. Narvaez
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646